WILLIAM J. BATCHELOR, ETHEL BATCHELOR v. M. B. MITCHELL AND WIFE, EMMA H. MITCHELL; R. I. MITCHELL AND SONS, INC., W. J. MANNING.

(Filed 22 September, 1954.)

APPEAL by plaintiffs from *Morris, J.,* at February Civil Term, 1954, of NASH. Affirmed.

*Davenport & Davenport and O. B. Moss for plaintiffs, appellants.*

*Hobart Brantley and Cooley & May for defendants, appellees.*

PER CURIAM. This is a civil action involving title to land. It was here before on appeal from a judgment sustaining the defendants' demurrer to the complaint. Our decision reversing the lower court and holding that the allegations of the complaint are sufficient to constitute a cause of action is reported in 238 N.C. 351, 78 S.E. 2d 240, where the essential facts alleged may be found summarized.

When the case went back to the lower court the defendants filed answer denying the material allegations of the complaint and setting up the pertinent statutes of limitation.

On retrial, at the close of the plaintiffs' evidence the defendants moved for judgment as of nonsuit. The motion was allowed and from judgment based on such ruling the plaintiffs appealed.

The appeal presents no new question or feature requiring extended discussion. We have examined the record and find no substantial merit in any of the exceptions brought forward. They relate to matters of evidence and to the question of nonsuit. Neither reversible nor prejudicial error has been made to appear. The evidence adduced when liberally construed in favor of the plaintiffs is insufficient to make out a *prima facie* case. The judgment of nonsuit will be upheld.

Affirmed.